UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LIRA,       Plaintiff,<br><br>            v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; et al.,<br><br>            Defendants.                    / | No. C 07-1447 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice because administrative remedies were not exhausted for the claims in the complaint before the action was filed.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 16, 2008

_____
SUSAN ILLSTON
United States District Judge